UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KATHLEEN MCFALL,
          Plaintiff,

v.

MARTIN J. WALSH,
          Defendant.

--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 2109 (VB)

      The Court has been advised that the parties have reached a settlement in principle of this case. (Doc. #40). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than December 15, 2022. To be clear, any application to restore the action must be filed by December 15, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: October 31, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge